**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6590**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT CHAEGON KIM,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (CR-97-117-A, CA-00-1645-AM)

———————

Submitted:  June 21, 2001                Decided:  July 5, 2001

———————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert Chaegon Kim, Appellant Pro Se.  Robert Clifford Chesnut, Assistant United States Attorney, Randy I. Bellows, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Chaegon Kim appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Kim, Nos. CR-97-117-A; CA-00-1645-AM (E.D. Va. Feb. 7, 2001; filed Mar. 9, 2001, entered Mar. 13, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED